and *Irving M. Strauch* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Mausack* for the United States.

No. 398. DAVIDSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Mausack* for the United States.

No. 399. ATLANTIC COAST LINE RAILROAD CO. *v.* GEORGIA, ASHBURN, SYLVESTER & CAMILLA RAILROAD CO. Supreme Court of Georgia. Certiorari denied. *Norman C. Shepard* and *Frank G. Kurka* for petitioner. *Julian Webb* for respondent.

No. 401. BOARD OF SUPERVISORS OF MONROE COUNTY *v.* WALKER ET AL. Supreme Court of Mississippi. Certiorari denied. *William A. Bacon* and *Thomas Fite Paine* for petitioner. *Garner W. Green* for respondents.

No. 378. FIRST NATIONAL BANK *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE REED took no part in the consideration or decision of this petition. *John A. Reed* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *L. W. Post* for respondent.

No. 397. TOFT *v.* KETCHUM. Supreme Court of New Jersey. Motion for leave to file brief of New Jersey State Bar Association, as *amicus curiae,* granted. Certiorari